**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7737**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

GEMINI BOYD, a/k/a Jaraun Boyd, a/k/a Gemini,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:96-cr-00134-FDW-4)

Submitted: December 13, 2012    Decided: December 19, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gemini Boyd, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gemini Boyd appeals the district court's text order denying his motion to take judicial notice of his pro se motions as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Boyd, No. 3:96-cr-00134-FDW-4 (W.D.N.C. Sept. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED